TRAIN, appellant, v. HOLLAND PURCHASE INSURANCE COMPANY.

*Insurance — Delivery of policy without payment of premium — Issue as to payment of premium.*

Where a policy of insurance was never delivered and accepted, nor received by the insured until after the loss, and no premium paid or rate agreed upon. *Held,* that the contract was never consummated between the parties, that the delivery of the policy to the insured without payment of the premium, and after the premises insured had been destroyed by fire, was unauthorized and the insurance void by the terms of the policy.

Where the complaint alleged that the premium upon a policy of insurance was paid, and the answer denied that the plaintiff was insured by the defendant, and alleged that the policy was not delivered: *Held,* that this was sufficient to make an issue upon the question whether the premium was paid.

APPEAL from a judgment at the circuit dismissing plaintiff's complaint. The action was on a policy of insurance.

*J. S. Vance,* for appellant.

*George Bowen,* for respondent.

MILLER, P. J., delivered the opinion of the court.
*Judgment affirmed.*